PROB 12C
(6/16)

Report Date: October 18, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 03, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kristopher Paul Wise | Case Number: 0980 2:18CR00115-TOR-1 |
| Address of Offender: ███████ Spokane, Washington 99223 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: September 17, 2019 | |
| Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349<br>Aggravated Bank Fraud, 18 U.S.C. §§ 1028A(a)(1) and 2 | |
| Original Sentence: Prison - 24 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Patrick J. Cashman | Date Supervision Commenced: June 7, 2021 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: June 6, 2026 |

## PETITIONING THE COURT

To issue a summons.

Mr. Wise's conditions of supervised release were reviewed with him on June 6, 2021, and he acknowledged an understanding of the terms and conditions of his supervised release as evidenced by him signing a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Mr. Wise violated the terms of his supervised release by using Fentanyl on or about September 30, and October 13, 2022.<br><br>On September 30, 2022, Mr. Wise reported to the U.S. Probation Office and submitted to a random urinalysis, which returned presumptive positive for Fentanyl; he admitted use. He was placed on random drug testing at Pioneer Human Services (PHS) starting immediately. He was also referred for a substance abuse assessment.<br><br>On October 13, 2022, Mr. Wise reported to PHS to provide a urinalysis. Mr. Wise's urinalysis specimen tested presumptive positive for Fentanyl and he subsequently signed a statement admitting to last using on October 13, 2022. |

Prob12C
Re: Wise, Kristopher Paul
October 18, 2022
Page 2

2.  **Standard Condition #12**: If this judgment imposes restitution, a fine, or special assessment, it is a condition of supervised release that you pay in accordance with the Schedule of Payments sheet of this judgment. You shall notify the probation officer of any material change in your economic circumstances that might affect your ability to pay any unpaid amount of restitution, fine, or special assessments.

    **Supporting Evidence**: Mr. Wise is alleged to have violated standard condition number 12, by failing to pay the full amount toward his owed Court ordered special penalty assessment, or amount of restitution, since March 2022.

    Special Penalty Assessment: $200   Victim Restitution: $26,524.32
    Imposed Amount: $26,724.32   Collected: $19,700.51   Outstanding Balance: $7,023.81

    On numerous occasions throughout the client's current term of supervised release, to include initially at his time of intake, and most recently on September 30, 2022, Mr. Wise was contacted and reminded of his Court ordered obligation to pay toward his outstanding special penalty assessment and restitution in the amount of $400, as ordered on his judgment. Mr. Wise has made some efforts to pay toward his restitution monthly; however, he has fallen short of the amount ordered by the Court.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/18/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

November 3, 2022
Date