PROB 12C
(6/16)

Report Date: November 18, 2022

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kristopher Paul Wise                Case Number: 0980 2:18CR00115-TOR-1

Address of Offender: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 17, 2019

Original Offense:    Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349
                     Aggravated Identity Theft 18 U.S.C. §§ 1028A(a)(1), 2

Original Sentence:   Prison - 24 Months;            Type of Supervision: Supervised Release
                     TSR - 60 Months

Asst. U.S. Attorney: Patrick J. Cashman             Date Supervision Commenced: June 7, 2021

Defense Attorney:    Kathryn Patricia Lucido        Date Supervision Expires: June 6, 2026

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/18/2022 and 11/10/2022.

On June 8, 2021, Mr. Kristopher Paul Wise signed his conditions relative to case number 2:18CR00115-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Wise is alleged to have violated mandatory condition number 3 by ingesting fentanyl on or about November 8, 2022, based on urinalysis testing. |
| | Specifically, on November 8, 2022, a scheduled home contact was conducted with Mr. Wise at his residence in Spokane. Mr. Wise was previously advised on the day in question that the undersigned would be collecting a random urinalysis sample from him as a part of the contact. Mr. Wise subsequently provided a urinalysis sample as a part of the contact that appeared to reflect a presumptive positive result for fentanyl. Mr. Wise denied any use of the substance as having occurred since mid-October, further indicating he had been clean for nearly an entire month. |

Prob12C
Re: Wise, Kristopher Paul
November 18, 2022
Page 2

The sample was properly packaged and forwarded to the contract laboratory for verification. On November 17, 2022, the lab report specific to the sample submitted by Mr. Wise within his residence on November 8, 2022, was received by the undersigned officer and the report confirmed the sample was positive for fentanyl.

On November 18, 2022, Mr. Wise was contacted telephonically at which time he remained insistent that he had not used the substance since mid-October as previously stated. The undersigned officer is currently in deliberation with the contract treatment provider to determine if elevated services would be of benefit in this case given the client's continued denial of use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 18, 2022

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [X] Other: *All pending alleged violations will be addressed at the Revocation Hearing scheduled for 12/13/2022.*

Thomas O. Rice
United States District Judge

November 18, 2022
Date