PROB 12C
(6/16)

Report Date: December 1, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kristopher Paul Wise                Case Number: 0980 2:18CR00115-TOR-1

Address of Offender: ███████████████, Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 17, 2019

Original Offense:  Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349
                   Aggravated Identity Theft 18 U.S.C. §§ 1028A, 2

Original Sentence: Prison - 24 Months;            Type of Supervision: Supervised Release
                   TSR - 60 Months

Asst. U.S. Attorney: Patrick J. Cashman            Date Supervision Commenced: June 7, 2021

Defense Attorney: Kathryn Patricia Lucido          Date Supervision Expires: June 6, 2026

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/18/2022, 11/10/2022, and 11/18/2022.

On June 8, 2021, Mr. Kristopher Paul Wise signed his conditions relative to case number 2:18CR00115-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
|  | **Supporting Evidence**: Mr. Wise is alleged to have violated mandatory condition number 3 by ingesting fentanyl on or about November 18, 2022, based on urinalysis testing. |
|  | Specifically, on November 18, 2022, Mr. Wise reported to the U.S. Probation Office in Spokane to submit to urinalysis testing. Mr. Wise reported as directed and provided a urinalysis sample for testing that appeared to reflect as negative for all substances. The sample was packaged and forwarded to the lab for verification given the client's previously reported violation conduct. Mr. Wise denied recent use during the interaction, stating that based on his research he believed the substance had remained in his system for an extended period of time due to his weight. |

Prob12C
Re: Wise, Kristopher Paul
December 1, 2022
Page 2

On November 23, 2022, the lab report specific to Mr. Wise's urinalysis sample from November 18, 2022, was received by the undersigned officer in which the sample was confirmed to be positive for fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 1, 2022

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other:  *The Revocation Hearing scheduled for 12/13/2022 at 8:30 AM remains set.*

Thomas O. Rice
United States District Judge

 December 1, 2022 
Date