PROB 12C
(6/16)

Report Date: February 1, 2023

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kristopher Paul Wise                Case Number: 0980 2:18CR00115-TOR-1

Address of Offender: None

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 17, 2019

Original Offense:    Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349
                     Aggravated Identity Theft, 18 U.S.C. §§ 1028A, 2

Original Sentence:   Prison - 24 Months;              Type of Supervision: Supervised Release
                     TSR - 60 Months

Asst. U.S. Attorney: Patrick J. Cashman               Date Supervision Commenced: June 7, 2021

Defense Attorney:    Kathryn Patricia Lucido          Date Supervision Expires: June 6, 2026

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/18/2022, 11/10/2022, 11/18/2022, and 12/01/2022.

On June 8, 2021, Mr. Kristopher Paul Wise signed his conditions relative to case number 2:18CR00115-TOR-1, indicating he understood all conditions as ordered by the Court. On January 5, 2023, the Court approved a modification in this case allowing the client access to the Spokane Residential Reentry Center. Mr. Wise signed a waiver of hearing to modify conditions form as part of the process, documenting his awareness and support of the request.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 6 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Wise is alleged to have violated mandatory condition number 3 by testing positive for norfentanyl, a metabolite of fentanyl, during urinalysis testing on January 23, 2023. |
| | Specifically, on January 23, 2023, Mr. Wise submitted to random urinalysis testing at the Spokane Residential Reentry Center (RRC) where he was previously engaged in services, based on the Court's previously approved modification of conditions dated January 5, 2023. |

Prob12C
**Re: Wise, Kristopher Paul**
**February 1, 2023**
**Page 2**

On January 31, 2023, the undersigned officer was contacted by a Spokane RRC staff member who advised the lab report specific to the client's sample had been received by their agency, and the sample had been confirmed positive for norfentanyl, a metabolite of fentanyl. The staff member further provided the lab report regarding the allegation made and indicated that he would be unsuccessfully discharged from the facility given the positive drug test.

On January 31, 2023, Mr. Wise was contacted in regards to the test, and during discussion, adamantly denied any use of any substance. Mr. Wise did indicate that he had learned his wife had been previously using the substance, and he admitted to sharing food and drinks with her, prior to testing. Mr. Wise did report to the U.S. Probation Office on the day in question and was able to provide a urinalysis sample for testing that proved negative for all substances.

7   **Special Condition #8**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: Mr. Wise is alleged to have violated special condition number 8 by being unsuccessfully discharged from the Spokane Residential Reentry Center (RRC) in Spokane, on February 1, 2023, based on a positive drug test submitted by the client at the facility on January 23, 2023.

Specifically, on January 23, 2023, Mr. Wise submitted to random urinalysis testing at the RRC where he was previously engaged in services, based on the Court's previously approved modification of conditions dated January 5, 2023. On January 31, 2023, the undersigned officer was contacted by a Spokane RRC staff member who advised that the lab report specific to the client's sample had been received by their agency, and the sample had been confirmed positive for norfentanyl, a metabolite of fentanyl. The staff member further provided the lab report regarding the allegation made and indicated that he would be unsuccessfully discharged from the facility given the positive drug test.

Staff did confirm that the client would be able to remain at the facility until February 1, 2023, given efforts by the undersigned officer to secure access to inpatient treatment services on behalf of the client. Mr. Wise was subsequently discharged from the facility as of February 1, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 1, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other : *All pending violations will be addressed at the Final Revocation/Status Hearing set for 3/15/2023.*

*Thomas O. Rice* (signature)

Thomas O. Rice
United States District Judge

February 2, 2023
Date